

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 11 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA11-008M-3 |
| LIZBETT MARIAM MIRANDA, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __Defendant's counsel__ , IT IS ORDERED that a detention hearing is set for __January 13, 2011__ , __2010__ , at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Marc L. Goldman, United States Magistrate Judge__ , in Courtroom __6A__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 1/11/2011

MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge